# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>Luis RUIZ-NAVARRO dob xx-xx-82<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 21MJ698<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2020 to present__ in the county of __Brown, and Sheboygan__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 841(a) and (b)(1)(A) and 846 | conspiracy to distribute and possess with intent to distribute a mixture and substance containing in excess of 500 grams of methamphetamine |
| 21 U.S.C. Sections 841(a) and (b)(1)(A) | distribution of a mixture and substance containing in excess of 500 grams methamphetamine July 15, 2021 and July 28, 2021. |

This criminal complaint is based on these facts:
See Attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

DEA Special Agent James Allen
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 9/09/21

_Judge's signature_

City and state: Green Bay, Wisconsin

Honorable James R. Sickel
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

James Allen, being first duly sworn, states that:

**Background**

1. I am currently employed as a Special Agent with the Drug Enforcement Administration (DEA) Green Bay Resident Office have been so employed for since October of 2019. As a part of my current duties as a Special Agent with the Drug Enforcement Administration-Green Bay Resident Office, I have received training and have investigated violations of federal controlled substances laws, firearms laws and money laundering laws (Title 21, United States Code, §§ 841(a)(1), 846, Title 18, United States Code, §§ 922, and 924 and Title 18, United States Code, §§ 1956 and 1957) and other related offenses.

**Basis for Information in Affidavit**

2. The information contained in this affidavit is based upon my personal knowledge and investigation, and information supplied to me by other law enforcement officers, all of whom I believe to be truthful and reliable. Based on my investigation and the information supplied to me by other law enforcement personnel, I have probable cause to believe the following regarding Luis C. RUIZ-NAVARRO DOB XX/XX/1982.

**Facts Establishing Probable Cause**

3. I am currently working with a confidential source (CS-1) and (CS-2) who have provided information on Luis RUIZ-NAVARRO. CS-1 and CS-2 stated that starting sometime in December 2020, CS-1 and 2 began purchasing large amounts of crystal methamphetamine from Luis RUIZ-NAVARRO, who was believed to reside in Milwaukee, State and Eastern District of Wisconsin. This occurred for over 7 months and included a delivery on at least three occasions of

1

multiple pounds of crystal methamphetamine to CS-2, that CS-1 then delivered to others in the Green Bay area. These quantities of methamphetamine were provided on consignment and involved CS-2, under the direction of CS-1, paying RUIZ-NAVARRO money from previous sales in order to obtain additional quantities of methamphetamine. CS-1 advised that RUIZ-NAVARRO knew that the methamphetamine would be sold in the Green Bay and Fox Valley area.

4. I believe CS-1 is a reliable person as CS-1 has provided statements against his/her interest and CS-1's information has been independently corroborated. CS-1 has been charged with felony delivery of a controlled substance and CS-1's information and assistance in this case is being credited toward that case.

5. I believe CS-2 is a reliable person as CS-2 has provided statements against his/her interest and CS-2's information has been independently corroborated. CS-2 has agreed to work with law enforcement in exchange for consideration on CS-1's drug charges.

6. On July 15, 2021, Green Bay Resident Office (GBRO) Drug Enforcement Administration (DEA), Milwaukee District Office (MDO), and Sheboygan County MEG, conducted a controlled buy/bust of methamphetamine on CS-1. On that day and under the direction of CS-1, CS-2 obtained 3 pounds of methamphetamine from RUIZ-NAVARRO in Milwaukee and provided it to CS-1. Following receipt of the 3 pounds of methamphetamine, CS-1 divided the 3 pounds into 9 baggies. Later that day CS-1 was arrested on a buy/bust.

7. On July 28, 2021, Green Bay Resident Office (GBRO) Drug Enforcement Administration (DEA), Milwaukee District Office (MDO), and Sheboygan County MEG, conducted a controlled buy/bust of methamphetamine using CS-2, who had agreed to work with

law enforcement. On that day, CS-2 obtained 4 pounds of methamphetamine from RUIZ-NAVARRO in Milwaukee, who was then arrested. The four pounds were in four plastic sealed bags.

8. Based upon the foregoing information, I believe there is probable cause to believe that Luis RUIZ-NAVARRO conspired to distribute and possess with the intent to distribute 500 grams or more of a mixture and substance containing crystal methamphetamine in violation of 21 U.S.C. §§ 841(a) and (b)(1)(A), and 846.

9. Because this affidavit is offered for the limited purpose of supporting the criminal complaint and arrest warrant for Luis RUIZ-NAVARRO, I have not set forth every fact known to me regarding this incident. Rather, I have included only those facts which I believe establish probable cause.

Affiant James Allen
Special Agent
Drug Enforcement Administration

Sworn and attested to me by reliable electronic means pursuant to the requirement of Fed R. Cr. P 4.1 (telephone) this 29th day of July, 2021.

Honorable James R. Sickel
United States Magistrate Judge
Eastern District of Wisconsin